**Vasil T. GEORGE and Evelyn Marie George, Respondents,**

v.

**William L. ROBB and Dorothy Ann Robb, Appellants.**

**No. WD 39537.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.

Craig A. VanMatre, Columbia, for appellants.

Thomas M. Shea, Moberly, for respondents.

Before COVINGTON, P.J., and SHANGLER and MANFORD, JJ.

**ORDER**

PER CURIAM:

This case involves a suit for a deficiency under a promissory note. Respondents

(plaintiffs below) received a judgment in their favor, entered upon a jury verdict, on their petition to collect the deficiency. Respondents also received a judgment in their favor, entered upon a jury verdict, on appellants' (defendants below) counter-claim for damages for breach of contract. Following post-trial motions, appellants filed their notice of appeal of both judgments.

The judgments are affirmed. Rule 84.-16(d).